UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT MONSTER,<br><br>           Plaintiff,<br><br>   vs.<br><br>GANEDEN BIOTECH, INC., et al.,<br><br>           Defendants. | NO. C20-357RSL<br><br>ORDER OF DISMISSAL FOR FAILURE TO PERFECT SERVICE OF SUMMONS AND COMPLAINT |

    This matter comes before the Court *sua sponte*. The complaint in this matter was filed on March 4, 2020. To date, plaintiff has failed to perfect service of the summons and complaint upon defendants or to make a timely request for extension of the service date, as required by Fed. R. Civ. P. 4(m). The Court having given plaintiff notice of this deficiency on July 22, 2020, Dkt. #6, hereby DISMISSES the above-captioned complaint without prejudice.

    IT IS NOW, THEREFORE, ORDERED that this matter be DISMISSED.

    DATED this 24th day of August, 2020.

*[signature]*
Robert S. Lasnik
United States District Judge